# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600370

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JOSHUA A. BURGESS
Aircrew Survival Equipmentman Third Class (E-4), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Paul C. LeBlanc, JAGC, USN.
Convening Authority: Commanding Officer, Strike Fighter Squadron
NINE FOUR, Lemoore, CA.
Staff Judge Advocate's Recommendation: Lieutenant Commander
Matthew S. Bailey, JAGC, USN.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 21 March 2017

_____

Before MARKS, FULTON, and MILLER, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court